UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 03-268 (KSH)

LEIBYS MERCEDES : O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Leibys Mercedes to comply with certain conditions of Supervised Release imposed on September 16, 2003, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Daniel J. Welsh Jr., Esq., appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on November 18, 2011 to having violated Condition No. 1 of the Standard Conditions of Supervised Release, which required that he shall not commit another federal, state, or local crime during the term of supervision, and for good cause shown;

IT IS on this 21st day of November, 2011,

ORDERED that the term of Supervised Release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 33 months;

IT IS FURTHER ORDERED that the 33 month term of imprisonment for the violation of the conditions of Supervised Release shall run consecutively with the 87 month term of imprisonment imposed on November 18, 2011 for the underlying offense upon which the violation is based; and

IT IS FURTHER ORDERED that Violations 2, 3, 4, 5 and 6 of the Amended Violation of Supervised Release Report dated November 2, 2011 are hereby dismissed.

                                               /s/ Katharine S. Hayden
                                               HONORABLE KATHARINE S. HAYDEN
                                               United States District Judge